People ex rel. Gulino v Imperati (2025 NY Slip Op 03524)

People ex rel. Gulino v Imperati

2025 NY Slip Op 03524

Decided on June 9, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
BARRY E. WARHIT
HELEN VOUTSINAS
PHILLIP HOM, JJ.

2025-06368

[*1]The People of the State of New York, ex rel. Joseph S. Gulino, Jr., on behalf of Steven Hasbrouck, petitioner, 
v
Kirk Imperati, etc., et al., respondents.

Law Offices of Joseph S. Gulino, Jr., Esq., PLLC, White Plains, NY (Joseph S. Gulino, Jr., pro se of counsel), for petitioner.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Steven Hasbrouck upon his own recognizance or, in the alternative, to set reasonable bail upon Dutchess County Indictment Nos. 37/2025 and 70397/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Dutchess County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
GENOVESI, J.P., WARHIT, VOUTSINAS and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court